IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 1:16-cv-148 |
| ) | |
| BLACK STONE PETROLEUM INC., *et* ) | |
| *al.*, ) | |
|     Defendants. ) | |

## JUDGMENT ORDER

The matter is before the Court on plaintiff's Motion for Default Judgment (Doc. 11) and plaintiff's objections to the Magistrate Judge's Report and Recommendations ("R&R") (Doc. 16).[1]

For the reasons stated in the accompanying Memorandum Opinion of even date, and for good cause,

It is hereby **ORDERED** that plaintiff's objections to the R&R (Doc. 16) are **SUSTAINED IN PART** and **OVERRULED IN PART.**

It is further **ORDERED** that plaintiff's motion for default judgment (Doc. 11) is **GRANTED IN PART** and **DENIED IN PART.**

It is further **ORDERED** that judgment is entered, pursuant to Rule 55(b)(2), Fed. R. Civ. P., against defendants Black Stone Petroleum, Inc. and FDD Realty, LLC, jointly and severally,

---

[1] Plaintiff's counsel contacted chambers by telephone on November 4, 2016 seeking a status update on this matter while the matter was pending. Counsel is admonished not to attempt to call chambers; barring exceptional circumstances, counsel is to communicate with the Court only through filed pleadings or in open court.

for damages in the amount of $ 299,870.76, plus post-judgment interest as provided by 28 U.S.C. § 1961. No prejudgment interest is awarded.

It is further **ORDERED** that the R&R is adopted with the exception of (i) the issue of plaintiff's contractual standing to enforce the contract between defendants, (ii) the issue of post-judgment interest, and (iii) as otherwise set forth in the accompanying Memorandum Opinion.

The Clerk is directed to send a copy of this Order to all counsel of record and to defendants' addresses on record, and to place this matter among the ended causes.

Alexandria, Virginia
November 9, 2016

_____
T. S. Ellis, III
United States District Judge